# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Gas Transmission Northwest, LLC, | ) ) | |
|     Petitioner, | ) ) | |
| v. | ) ) | No. 24-60002 |
| Federal Energy Regulatory Commission, | ) ) ) | |
|     Respondent. | ) | |

## STATUS REPORT OF RESPONDENT
## FEDERAL ENERGY REGULATORY COMMISSION

On February 23, 2024, the Court ordered that the above-captioned matter be held in abeyance pending the Judicial Panel on Multidistrict Litigation's ("Panel") decision on a motion for reconsideration of its consolidation order. Doc. 45-2 at 1, No. 24-60002 (5th Cir.). The Court also directed Respondent Federal Energy Regulatory Commission ("Commission") to file status reports at 30-day intervals until the matter is resolved. Doc. 45-1 at 1, No. 24-60002 (5th Cir.).

The Panel has yet to issue a decision on the reconsideration motion. However, it has indicated that the motion will be considered at its March 28, 2024, hearing. *See* Doc. 12, MCP No. 175 (J.P.M.L.).

1

Continued abeyance of the above-captioned matter is therefore appropriate.

                        Respectfully submitted,

                        */s/ Angela X. Gao*
                        Angela X. Gao
                        Attorney

Federal Energy Regulatory
   Commission
888 First Street, NE
Washington, DC 20426
(202) 502-6790
*angela.gao@ferc.gov*

March 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                */s/ Angela X. Gao*
                                                                Angela X. Gao
                                                                Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
(202) 502-6790
*angela.gao@ferc.gov*